

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00282-CR

Carlos **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 548885
Honorable Michael De Leon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. The trial court clerk is ORDERED not to assess any court-appointed attorney's fees against appellant, and the clerk of this court is DIRECTED to provide a copy of this court's opinion and judgment to the trial court clerk. Appellate counsel's motion to withdraw is GRANTED

SIGNED December 4, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice